IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAXTON RANDALL COOPER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-3963 |
| | : | |
| v. | : | |
| | : | |
| SETH WILLIAMS, Prosecution Office, | : | |
| WARDEN OF THE CFCF COUNT JAIL | : | |
| STATE RD., COMMISSIONER OF | : | |
| COUNTY JAIL CFCF STATE RD., | : | |
| JUDGE GWENDOLYN N. BRIGHT, | : | |
| JOSEPH EVERS, Clerk of Quarter Courts, | : | |
| and ATT. DAINE ARTHUR GREY J. | : | |
| ATTORNEY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of September, 2016, after considering the plaintiff's application to proceed *in forma pauperis* (Doc. No. 1); and for the reasons set forth in the court's separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The application to proceed *in forma pauperis* is **DENIED** under 28 U.S.C. § 1915(g); and

2. The plaintiff, if he seeks to continue with this case, must remit $400 to the clerk of court within thirty (30) days of the date of this order. If he fails to do so, the court may dismiss this case without prejudice without providing further notice.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.